Opinion issued December 13, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00912-CV

———————————

In re Cynthia A. Sullivan d/b/a CSPI, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator,
Cynthia A. Sullivan d/b/a CSPI, petitioned for writ of mandamus asking that we
compel the trial court to vacate its May 24, 2011 order denying her motion for default
judgment and refusing to render a default judgment in favor of relator in the
underlying case.[1]

          We deny the petition for writ of
mandamus.  All pending motions are
dismissed as moot.

PER CURIAM

 

Panel consists of Justices Keyes, Higley, and
Massengale.

 











[1]           The underlying case is Cynthia A. Sullivan d/b/a CSPI v. South
Central Valley Mortgage Services, Inc., No. 2010-36765 (127th Dist. Ct.,
Harris Cnty., Tex.), the Honorable R.K. Sandill presiding.